1  Christopher J. Brennan, #220072
   **BAUMAN LOEWE WITT & MAXWELL, PLLC**
2  8765 E. Bell Road, Suite 204
   Scottsdale, AZ 85260
3  Telephone: (480) 502-4664
   Facsimile: (480) 502-4774
4  cbrennan@blwlawfirm.com

5  *Attorneys for Defendant,*
   *Counterclaimant and Third-Party Plaintiff,*
6  *Hartford Fire Insurance Co.*

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CAIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MASON AND DIXON INTERMODAL, INC.<br>Plaintiff,<br>v.<br>LAPMASTER INTERNATIONAL, LLC and HARTFORD INSURANCE CO.<br>Defendants. | Case No. CV-08-1232-MEJ<br><br>**CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR HARTFORD FIRE INSURANCE CO.** |
| HARTFORD FIRE INSURANCE CO, individually and as subrogee of Lapmaster International, LLC,<br>Counterclaimant,<br>v.<br>MASON AND DIXON INTERMODAL, INC.<br>Counterclaimant. | |
| HARTFORD FIRE INSURANCE COMPANY, individually and as subrogee of Lapmaster International, LLC,<br>Third-Party Plaintiff,<br>v.<br>ITG TRANSPORTATION SERVICES, INC.; WORLD EXPRESS SHIPPING, TRANSPORTATION AND FORWARDING SERVICES, INC. d/b/a W.E.S.T. FORWARDING SERVICES; DOES I through X, inclusive:<br>Third-Party Defendants. | |

1

## CERTIFICATION OF INTERESTED PARTIES

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 16, 2008            BAUMAN LOEWE WITT & MAXWELL, PLLC


By: /s/ Christopher J. Brennan
    Christopher J. Brennan
    *Attorneys for Hartford Fire Insurance Company*

2

CERTIFICATION OF INTERESTED PARTIES

1
2
3
4                              **PROOF OF SERVICE**

5     I, Cheryl L. Solomine, declare as follows:

6     I am employed with the law firm of Bauman Loewe, Witt & Maxwell, P.L.L.C., whose address is 8765
7  E. Bell Road, Suite 204, Scottsdale, AZ 85260. I am over the age of eighteen years, and am not a party to
   this action.
8
      On April 16, 2008, I emailed the foregoing document described as follows:
9
            **AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR
10                                  HARTFORD FIRE INSURANCE CO.**

11  on the interested parties in this action by:

12     __X__   Service was made by email to the following:

13     Vincent Castillo
       Lombardi, Loper & Conant, LLP
14     Lake Merritt Plaza
       1999 Harrison Street, Suite 2500
15     Oakland, CA 94612
16     vc@llcllp.com

17

18     I declare under penalty of perjury under the laws of the State of California that the above is true and
   correct. Executed on April 16, 2008, at Scottsdale, Arizona.
19
20
                                                                _____
21                                                              Cheryl L. Solomine

22
23
24
25
26
27
28                                              3

**HARTFORD'S THIRD-PARTY COMPLAINT**