1  Christopher J. Brennan, #220072
   **BAUMAN LOEWE WITT & MAXWELL, PLLC**
2  8765 E. Bell Road, Suite 204
   Scottsdale, AZ 85260
3  Telephone: (480) 502-4664
   Facsimile: (480) 502-4774
4  cbrennan@blwlawfirm.com

5  *Attorneys for Defendant,*
   *Counterclaimant and Third-Party Plaintiff,*
6  *Hartford Fire Insurance Co.*

7

8
                    UNITED STATES DISTRICT COURT
9
       NORTHERN DISTRICT OF CAIFORNIA, SAN FRANCISCO DIVISION
10

| | |
|---|---|
| MASON AND DIXON INTERMODAL, INC. <br> Plaintiff, <br> v. <br> LAPMASTER INTERNATIONAL, LLC and HARTFORD INSURANCE CO. <br> Defendants. | Case No. CV-08-1232-MEJ <br><br> **RULE 7.1 DISCLOSURE STATEMENT** |
| HARTFORD FIRE INSURANCE CO, individually and as subrogee of Lapmaster International, LLC, <br> Counterclaimant, <br> v. <br> MASON AND DIXON INTERMODAL, INC. <br> Counterclaimant. | |
| HARTFORD FIRE INSURANCE COMPANY, individually and as subrogee of Lapmaster International, LLC, <br> Third-Party Plaintiff, <br> v. <br> ITG TRANSPORTATION SERVICES, INC.; WORLD EXPRESS SHIPPING, TRANSPORTATION AND FORWARDING SERVICES, INC. d/b/a W.E.S.T. FORWARDING SERVICES; DOES I through X, inclusive: <br> Third-Party Defendants. | |

1

RULE 7.1 DISCLOSURE STATEMENT

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Hartford Fire Insurance Co., individually and as subrogee of Lapmaster International, LLC and the undersigned counsel for Hartford Fire Insurance Company certifies that Hartford Fire Insurance Co. is a wholly owned subsidiary of Hartford Financial Services Group.

DATED: April 16, 2008　　　　BAUMAN LOEWE WITT & MAXWELL, PLLC

By: /s/ Christopher J. Brennan
　　Christopher J. Brennan
　　*Attorneys for Hartford Fire Insurance Company*

Christopher J. Brennan, #220072
**BAUMAN LOEWE WITT & MAXWELL, PLLC**
8765 E. Bell Road, Suite 204
Scottsdale, AZ 85260
Telephone: (480) 502-4664
Facsimile: (480) 502-4774
cbrennan@blwlawfirm.com

*Attorneys for Defendant,*
*Counterclaimant and Third-Party Plaintiff,*
*Hartford Fire Insurance Co.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CAIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MASON AND DIXON INTERMODAL, INC.<br>Plaintiff,<br>v.<br>LAPMASTER INTERNATIONAL, LLC and HARTFORD INSURANCE CO.<br>Defendants. | Case No. CV-08-1232-MEJ<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |
| HARTFORD FIRE INSURANCE CO, individually and as subrogee of Lapmaster International, LLC,<br>Counterclaimant,<br>v.<br>MASON AND DIXON INTERMODAL, INC.<br>Counterclaimant. | |
| HARTFORD FIRE INSURANCE COMPANY, individually and as subrogee of Lapmaster International, LLC,<br>Third-Party Plaintiff,<br>v.<br>ITG TRANSPORTATION SERVICES, INC.; WORLD EXPRESS SHIPPING, TRANSPORTATION AND FORWARDING SERVICES, INC. d/b/a W.E.S.T. FORWARDING SERVICES; DOES I through X, inclusive:<br>Third-Party Defendants. | |

1

RULE 7.1 DISCLOSURE STATEMENT

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Hartford Fire Insurance Co., individually and as subrogee of Lapmaster International, LLC and the undersigned counsel for Hartford Fire Insurance Company certifies that Hartford Fire Insurance Co. is a wholly owned subsidiary of Hartford Financial Services Group.

DATED: April 16, 2008        BAUMAN LOEWE WITT & MAXWELL, PLLC


By: /s/ Christopher J. Brennan
    Christopher J. Brennan
    *Attorneys for Hartford Fire Insurance Company*

## PROOF OF SERVICE

I, Cheryl L. Solomine, declare as follows:

I am employed with the law firm of Bauman Loewe, Witt & Maxwell, P.L.L.C., whose address is 8765 E. Bell Road, Suite 204, Scottsdale, AZ 85260. I am over the age of eighteen years, and am not a party to this action.

On April 16, 2008, I emailed the foregoing document described as follows:

### RULE 7.1 DISCLOSURE STATEMENT

on the interested parties in this action by:

__X__  Service was made by email to the following:

Vincent Castillo
Lombardi, Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2500
Oakland, CA  94612
vc@llcllp.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 16, 2008, at Scottsdale, Arizona.

_____
Cheryl L. Solomine

3

**HARTFORD'S THIRD-PARTY COMPLAINT**