Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here Jeffrey D. Cohen,
Keenan Cohen & Howard P.C., One Pitcairn Place, 165 Township Line Road,
Suite 2400, Jenkintown, PA 19046 (215) 609-1110

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASON & DIXON INTERMODAL, INC.

           Plaintiff(s),

      v.

LAPMASTER INTERNATIONAL, LLC
and HARTFORD FIRE INSURANCE CO.

           Defendant(s).

CASE NO. 08-CV-1232-MEJ

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Jeffrey D. Cohen, an active member in good standing of the bar of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Mason & Dixon Intermodal, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Matthew S. Conant, Esquire, LOMBARDI, LOPER & CONANT, LLP,
    1999 Harrison Street, Suite 2600, Oakland, CA 94612, (510) 433-2600

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/18/08