UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mason and Dixon Intermodal Inc.,

    Plaintiff(s),

v.

Lapmaster International, LLC and
Hartford Insurance Company
    Defendant(s).

AND RELATED ACTIONS

Case No. C-08-1232-MEJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/15/08

THE HARTFORD
[Party]

[Counsel]

Christopher J. Brennan

Dated: 5/15/08

# PROOF OF SERVICE

I, Amy Donnelly, declare as follows:

I am employed with the law firm of Bauman Loewe Witt & Maxwell, whose address is 8765 E. Bell Road, Suite 204, Scottsdale, AZ 85260. I am over the age of eighteen years, and am not a party to this action.

On May 15, 2008, I served the foregoing documents described as follows:

## ADR CERTIFICATION BY PARTIES AND COUNSEL

on the interested parties in this action by:

___ **U.S. MAIL:** I placed a copy in a separate envelope, with postage fully prepaid, for each address named below or on the attached service list for collection and mailing on the below indicated day following the ordinary business practices at Bauman Loewe Witt & Maxwell. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

_X_ To be filed electronically with the Clerk of Court through **ECF**; and that ECF will send an e-notice of the electronic filing to the following ECF participants:

John F. Hughes, Esq.
Gordon & Rees, LLP
275 Battery Street, 20th floor
San Francisco, CA 94111
Fax (415)986-8054
*Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff, Lapmaster International*

Paul D. Keenan, Esq.
Jeffrey D. Cohen, Esq.
Keenan Cohen & Howard PC
One Pitcairn Place
165 Township Line Rd., Ste. 2400
Philadelphia, PA 19046
Fax (215)609-1117

Matthew S. Conant, Esq.
Vincent Castillo, Esq.
Lombardi Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison St., Ste. 2600
Oakland, CA 94612
Fax (510)433-2699
*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 15, 2008, at Scottsdale, Arizona.

*Amy Donnelly*

---

1
**PROOF OF SERVICE**