1  MATTHEW S. CONANT, State Bar No. 094920
   msc@llcllp.com
2  LORI A. SEBRANSKY, State Bar No. 125211
   las@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Paul D. Keenan
7  Jeffrey D. Cohen, JCohen@freightlaw.net
   KEENAN COHEN & HOWARD P.C.
8  One Pitcairn Place
   165 Township Line Road, Suite 2400
9  Philadelphia, PA 19046
   Telephone:    (215) 609-1110
10 Facsimile:    (215) 609-1117

11 Attorneys for Plaintiff
   MASON AND DIXON INTERMODAL, INC.

12

13             UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15              SAN FRANCISCO DIVISION

16

17 MASON AND DIXON INTERMODAL,          Case No.  C-08-1232-MEJ
   INC.,
18                                       **CONSENT TO ASSIGNMENT OR
                Plaintiff,               REQUEST FOR REASSIGNMENT**
19
   v.
20
   LAPMASTER INTERNATIONAL, LLC
21 and HARTFORD INSURANCE CO.,

22              Defendants.

23

24

25

26

27

28

30806-37681 LAS 554136.1              - 1 -

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

1  LAPMASTER INTERNATIONAL, LLC,

2           Counter-Claimant,

3  v.

4  MASON AND DIXON INTERMODAL,
   INC.,
5           Counter-Defendant.
   _____
6
   HARTFORD FIRE INSURANCE CO.,
7
            Counter-Claimant,
8
9  v.

   MASON AND DIXON INTERMODAL,
10 INC.,

11          Counter-Defendant.

12 _____

13 AND RELATED THIRD-PARTY
   COMPLAINTS
14

15     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16     In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned party

17 hereby consents to have United States Magistrate Judge conduct any and all further proceedings

18 in  the case, including trial, and order the entry of a final judgment, and voluntarily waives the

19 right to proceed before a United States District Judge.

20 Dated:_____          _____

21                                      Signature

22                                      Counsel for _____

23     REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR
   TRIAL AND DISPOSITION
24
25     The undersigned party hereby declines to consent to the assignment of this case to a

26 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

27 this case to a United States District Judge.

   ///
28

30806-37681 LAS 554136.1          - 2 -          Case No. CV-08-1232-MEJ
                                                 CONSENT TO ASSIGNMENT OR
                                                 REQUEST FOR REASSIGNMENT

Dated:    May 19, 2008                    LOMBARDI, LOPER & CONANT, LLP


By:    /s/ Lori A. Sebransky
        LORI A. SEBRANSKY
        Attorneys for Plaintiff
        MASON AND DIXON INTERMODAL,
        INC.

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

30806-37681 LAS 554136.1                 - 3 -

Case No. CV-08-1232-MEJ
CONSENT TO ASSIGNMENT OR
REQUEST FOR REASSIGNMENT