| | |
|---|---|
| *Attorney or Party without Attorney:*<br>BAUMAN, LOEWE, WITT & MAXWELL, PLLC<br>8765 EAST BELL ROAD<br>SUITE 204<br>SCOTTSDALE, AZ 85260<br>*Telephone No:* 480 502-4664   *FAX No.* 480 502-4774<br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff | *For Court Use Only*<br><br>FILED<br>08 MAY 19 AM 11:59<br>CLERK, U.S. DISTRICT...<br>NORTHERN DISTRICT OF CALIFORNIA |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Northern District Of California

*Plaintiff:* HARTFORD FIRE INSURANCE COMPANY
*Defendant:* ITG TRANSPORTATION SERVICES, INC.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time* | *Dept/Div:* | *Case Number:*<br>08-1232 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION (FEDERAL); HARTFORD FIRE INSURANCE COMPANY'S THIRD-PARTY COMPLAINT

3. a. *Party served:*           W.E.S.T. FORWARDING SERVICES
   b. *Person served:*          DAWN SCHULTZ, PROCESS SPECIALIST, AUTHORIZED TO ACCEPT

4. *Address where the party was served:*   C T CORPORATION SYSTEM
                                           208 SO LASALLE ST
                                           STE. 814
                                           CHICAGO, IL 60604

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 08, 2008 (2) at: 1:45PM

7. *Person Who Served Papers:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ROBERT C. REGALDO                                                 d. *The Fee for Service was:*   $146.00
   b. **UNITED PROCESS SERVERS, Inc.**                                  e. I am: (3) registered California process server
      142 East Figueroa Street                                              (i) Independent Contractor
      Santa Barbara, CA 93101                                               (ii) Registration No.:    58
   c. 805 966-2102, FAX 805 966-4031                                       (iii) County:             Santa Barbara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, May. 09, 2008

   Judicial Council Form                    PROOF OF SERVICE                    (ROBERT C. REGALDO)
   Rule 982.9.(a)&(b) Rev January 1, 2007                                                                   btw&m.92649

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Hartford Fire Insurance Company <br> Plaintiff <br> v. <br> ITG Transportation Services, Inc., et al <br> Defendant | ) ) ) ) ) <br> *THIRD PARTY COMPLAINT* <br><br> Civil Action No. *08-1232 MEJ* |

**Summons in a Civil Action**

To: W.E.S.T. Forwarding Services , 13830 Brasswood Circle, Strongsville, OH 44136
    *(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

```
Christopher J. Brennan, Esq.
Bauman, Loewe, Witt & Maxwell, PLLC
8765 East Bell Road, Suite 204
Scottsdale, Arizona 85260
```

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: *4-28-08*

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature
GLORIA ACEVEDO

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address