05/09/2008 11:01 FAX                                                                      ☑002/002

| Attorney or Party without Attorney:<br>BAUMAN, LOEWE, WITT & MAXWELL, PLLC<br>8765 EAST BELL ROAD<br>SUITE 204<br>SCOTTSDALE, AZ 85260<br>Telephone No: 480 502-4664     FAX No: 480 502-4774 | | | | | For Court Use Only<br>FILED<br>08 MAY 19 PM 12: 01<br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|---|---|
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Northern District Of California | | | | | |
| *Plaintiff:* HARTFORD FIRE INSURANCE COMPANY | | | | | |
| *Defendant:* ITG TRANSPORTATION SERVICES, INC. | | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08-1232 MEJ | |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the SUMMONS IN A CIVIL ACTION (FEDERAL); HARTFORD FIRE INSURANCE COMPANY'S THIRD-PARTY COMPLAINT

3.  a. *Party served:*                    ITG TRANSPORTATION SERVICES, INC
    b. *Person served:*                   MELVIN J. FEIN, AGENT FOR SERVICE

4.  *Address where the party was served:*      1155 S. WASINGTON ST.
                                                #204
                                                NAPERVILLE, IL 60540

5.  *I served the party:*
    b. **by substituted service.** On: Thu., May. 08, 2008 at: 4:25PM I left the documents listed in item 2 with or in the presence of:
        JANICE McCLEAN, OFFICE MANAGER
    (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

7.  *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. CRAIG PALMER                             d.  *The Fee for Service was:*    $151.00
    b. **UNITED PROCESS SERVERS, Inc.**         e.  I am: (3) registered California process server
       142 East Figueroa Street                     *(i)*   Independent Contractor
       Santa Barbara, CA 93101                       *(ii)*  *Registration No.:*      58
    c. 805 966-2102, FAX 805 966-4031             *(iii)* *County:*            Santa Barbara

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date:Fri, May. 09, 2008

    **Rule 982.9.(a)&(b) Rev January 1, 2007**     **PROOF OF SERVICE** —————— *(CRAIG PALMER)* —————       *blw&m.92647*
    Judicial Council Form

| Attorney or Party without Attorney:<br>BAUMAN, LOEWE, WITT & MAXWELL, PLLC<br>8765 EAST BELL ROAD<br>SUITE 204<br>SCOTTSDALE, AZ 85260<br>Telephone No: 480 502-4664        FAX No: 480 502-4774 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | |
| Plaintiff: HARTFORD FIRE INSURANCE COMPANY | |
| Defendant: ITG TRANSPORTATION SERVICES, INC. | |

| PROOF OF MAILING | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08-1232 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION (FEDERAL); HARTFORD FIRE INSURANCE COMPANY'S THIRD-PARTY COMPLAINT

3. a. Party served:                  ITG TRANSPORTATION SERVICES, INC
   b. Person served:                 MELVIN J. FEIN, AGENT FOR SERVICE

4. Address where the party was served:    1155 S. WASINGTON ST.
                                          #204
                                          NAPERVILLE, IL  60540

5. I served the party:
   d. by other means On: Fri., May. 09, 2008 at: 4:00PM by mailing the copies to the person served, addressed as shown in item 4, by
   First Class Mail, postage prepaid, from: Santa Barbara, CA

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KENNETH A. FOWLER                          d. *The Fee for Service was:*
   b. **UNITED PROCESS SERVERS, Inc.**           e. I am: (3) registered California process server
      142 East Figueroa Street                       (i)   Independent Contractor
      Santa Barbara, CA  93101                        (ii)  *Registration No.:*      387
   c. 805 966-2102, FAX 805 966-4031                  (iii) *County:*               Ventura
                                                      (iv)  *Expiration Date:*       Thu, Oct. 02, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Fri, May. 09, 2008

PROOF OF MAILING                          (KENNETH A. FOWLER)

bhw&m.92647

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Hartford Fire Insurance Company | ) | *THIRT PARTY COMPLAINT* |
| Plaintiff | ) | |
| v. | ) | Civil Action No. *08-1232 MEJ* |
| ITG Transportation Services, Inc., et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To:  ITG Transportation Services, Inc   ,1108 N. 475 E., Chesterton, IN
      *(Defendant's name)*                               46304

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Christopher J. Brennan, Esq.
    Bauman, Loewe, Witt & Maxwell, PLLC
    8765 East Bell Road, Suite 204
    Scottsdale, Arizona 85260

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: ___4-28-08___

Deputy clerk's signature
GLORIA ACEVEDO

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address