# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

MASON AND DIXON INTERMODAL, )
                Plaintiff (s) )
    v. )
LAPMASTER INTERNATIONAL, )
                Defendant (s) )

CASE NO. C-08-1232 MEJ

**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  __x__ (1) One or more of the parties has requested reassignment to a United States District Judge, or

  _____ (2) One or more of the parties has sought a kind of judicial action that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

  _____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

    All previous hearing dates are hereby **VACATED.**

Dated: May 23, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk