MATTHEW S. CONANT, State Bar No. 094920
msc@llcllp.com
LORI A. SEBRANSKY, State Bar No. 125211
las@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Paul D. Keenan
Jeffrey D. Cohen, JCohen@freightlaw.net
KEENAN COHEN & HOWARD P.C.
One Pitcairn Place
165 Township Line Road, Suite 2400
Philadelphia, PA 19046
Telephone:     (215) 609-1110
Facsimile:      (215) 609-1117

Attorneys for Plaintiff
MASON AND DIXON INTERMODAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MASON AND DIXON INTERMODAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAPMASTER INTERNATIONAL, LLC and HARTFORD INSURANCE CO., <br><br> Defendants. <br><br> AND RELATED CASES | Case No.  C-08-1232-VRW <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSON PURSUANT TO CIVIL L.R. 3-16** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in a party to the proceeding that could be substantially affected by the outcome of this proceeding:

30806-37681 LAS 554421.1                               - 1 -

Case No. CV-08-1232-VRW
CERTIFICATION OF INTERESTED
ENTITIES OR PERSON (L.R. 3-16)

1  Universal Truckload Services, Inc. is the parent corporation of plaintiff Mason & Dixon
2  Intermodal, Inc.

3  Dated:   May 27, 2008                              LOMBARDI, LOPER & CONANT, LLP

5                                                     By:   /s/ Lori A. Sebransky
6                                                          LORI A. SEBRANSKY
                                                           Attorneys for Plaintiff
7                                                          MASON AND DIXON INTERMODAL,
                                                           INC.

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541