Elise Shibles, Esq.
**SANDLER, TRAVIS & ROSENBERG**
**AND GLAD & FERGUSON, P.C.**
505 Sansome Street, Suite 1475
San Francisco, CA  94111
Telephone: (415) 986-1088
Facsimile:  (415) 986-2271
*Attorneys for W.E.S.T. Forwarding Services*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MASON AND DIXON INTERMODAL, INC., | ) | Case No. CV-08-1232-VRW |
| | ) | |
| Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| v. | ) | |
| | ) | |
| LAPMASTER INTERNATIONAL, LLC AND HARTFORD INSURANCE CO. | ) ) ) | |
| Defendants, | ) / | |
| AND RELATED CASES | ) | |

**PLEASE TAKE NOTICE** that, the undersigned attorney appears as attorney for defendant, W.E.S.T. Forwarding Services, in this action and requests that all papers be served upon her.

Dated: May 29, 2008

                                        Respectfully submitted,

                                        **SANDLER, TRAVIS & ROSENBERG, P.A.**
                                        **And GLAD & FERGUSON, PA**
                                        505 Sansome Street, Suite 1475
                                        San Francisco, CA 94111
                                        Tel: 415-986-1088
                                        Fax: 415-986-2271
                                        Email: eshibles@strtrade.com

                                        By: /s/Elise Shibles
                                            ELISE SHIBLES
                                        *Attorneys for W.E.S.T. Forwarding Services*

**PROOF OF SERVICE**

I, Elise Shibles, declare under penalty of perjury that the following facts are true and correct:

I am employed by the law firm of Sandler, Travis & Rosenberg and Glad & Ferguson, P.A., whose address is 505 Sansome Street, Suite 1475, San Francisco, CA 94111. I am over the age of 18 years, and not a party to this action.

On May 29, 2008, I served the following document:

**NOTICE OF APPEARANCE**

by the CM/ECF notification system to the following attorneys of record:

**Matthew S. Conant, Esq.**
Email: msc@llcllp.com

**Vincent Castillo**
Email: vxc@llcllp.com

**Lori Ann Sebransky**
Email: las@llcllp.com

**John F. Hughes**
Email: jhughes@gordonrees.com

**Christopher James Brennan**
Email: cbrennan@blwlawfirm.com

**Michael Joseph Daley**
Email: mdaley@rallaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this proof of service was executed on May 29, 2008, at San Francisco, CA.

/s/ Elise Shibles
Elise Shibles