RECEIVED

08 APR 25 PM 1:41

UNITED STATES DISTRICT COURT



Northern District of California

MASON & DIXON INTERMODAL, INC.

CASE NO. 08-CV-1232-MEJ VRW

Plaintiff(s),

v.

LAPMASTER INTERNATIONAL, LLC and HARTFORD FIRE INSURANCE CO.

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jeffrey D. Cohen                      , an active member in good standing of the bar of

Pennsylvania                          whose business address and telephone number

(particular court to which applicant is admitted)

is

Keenan Cohen & Howard P.C., One Pitcairn Place, 165 Township Line Road, Suite 2400, Jenkintown, PA 19046 (215) 609-1110

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Mason & Dixon Intermodal, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:                                                      VAUGHN R. WALKER

                                                  ~~Maria-Elena James~~
                                                  United States ~~Magistrate~~ Judge
                                                  District