MATTHEW S. CONANT, State Bar No. 094920
msc@llcllp.com
LORI A. SEBRANSKY, State Bar No. 125211
las@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Paul D. Keenan
Jeffrey D. Cohen, JCohen@freightlaw.net
KEENAN COHEN & HOWARD P.C.
One Pitcairn Place
165 Township Line Road, Suite 2400
Philadelphia, PA 19046
Telephone:    (215) 609-1110
Facsimile:    (215) 609-1117

Attorneys for Plaintiff
MASON AND DIXON INTERMODAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MASON AND DIXON INTERMODAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LAPMASTER INTERNATIONAL, LLC and HARTFORD INSURANCE CO.,<br><br>Defendants.<br><br>AND RELATED CASES | Case No.  C-08-1232-VRW<br><br>**DESIGNATION OF COUNSEL** |
|---|---|

Plaintiff MASON AND DIXON INTERMODAL, INC. hereby removes Vincent Castillo of Lombardi, Loper & Conant from designation as an attorney of record in the above-entitled action and requests that Vincent Castillo (vxc@llcllp.com) and his secretary Pamela Hyrn (phyrn@llcllp.com) be removed as designated recipients of Notices of Electronic Filings.

Dated:    June 5, 2008        LOMBARDI, LOPER & CONANT, LLP


By:   /s/ Lori A. Sebransky
    LORI A. SEBRANSKY
    Attorneys for Plaintiff
    MASON AND DIXON INTERMODAL, INC.

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30806-37681 LAS 555058.1      - 2 -      Case No. CV-08-1232-VRW
DESIGNATION OF COUNSEL