Clerk's Use Only

Initial for fee pd.:

_____

Edward M. Joffe
Sandler, Travis & Rosenberg, PA
5200 Blue Lagoon Drive, Suite 600
Miami, FL 33126
Tel: 305-267-9200

**FILED**
JUN - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Mason and Dixon Intermodal

Plaintiff(s),

v.

Lapmaster International, et al.

CASE NO. CV-08-1232-VRW

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

_____ Defendant(s).  /

Pursuant to Civil L.R. 11-3, Edward M. Joffe                    ■ , an active member in

good standing of the bar of Florida                             ■ , hereby applies
                                                                ■

for admission to practice in the Northern District of California on a pro hac vice basis

representing W.E.S.T. Forwarding Services   ■  in the above-entitled action.
                                            ■

    In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action.  The name, address and telephone number of

that attorney is:

Elise Shibles, Sandler, Travis & Rosenberg & Glad & Ferguson, PA- 505
Sansome Street, Ste. 1475, San Francisco, CA 94111 - 415-986-1088

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5 2008