RECEIVED
JUN - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

Mason and Dixon Intermodal

CASE NO. CV-08-1232-VRW

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

Lapmaster International, et al.

Defendant(s).
_____/

Edward M. Joffe                            , an active member in good standing of the bar of

USDC, Southern District of Florida                  whose business address and telephone number

(particular court to which applicant is admitted)

is

Sandler, Travis & Rosenberg, PA. 5200 Blue Lagoon Drive, Suite 600, Miami, FL 33126 - 305-267-9200

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing W.E.S.T. Forwarding Services

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District     Judge
Vaughn R. Walker

UNITED STATES DISTRICT COURT
For the Northern District of California