Elise Shibles, Esq.
**SANDLER, TRAVIS & ROSENBERG
AND GLAD & FERGUSON, P.C.**
505 Sansome Street, Suite 1475
San Francisco, CA  94111
Telephone: (415) 986-1088
Facsimile:  (415) 986-2271
*Attorneys for W.E.S.T. Forwarding Services*

Edward M. Joffe, *Of Counsel**
Florida Bar No. 314242
**SANDLER, TRAVIS & ROSENBERG, P.A.**
The Waterford - Suite 600
5200 Blue Lagoon Drive
Miami, Florida 33126
Tel.    (305) 267-9200
Fax     (305) 267-5155
Email:  ejoffe@strtrade.com

* Not admitted in California; pro hac vice application submitted 06/06/08

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASON AND DIXON INTERMODAL, INC., ) <br>     Plaintiff, ) <br> v. ) <br> LAPMASTER INTERNATIONAL, LLC AND ) <br> HARTFORD INSURANCE CO. ) <br>     Defendants. ) <br> LAPMASTER INTERNATIONAL, LLC ) <br>     Counterclaimant, ) <br> v. ) <br> MASON AND DIXON INTERMODAL, INC., ) <br>     Counterclaimant. ) <br> ) <br> HARTFORD FIRE INSURANCE COMPANY, ) <br> individually and as subrogee of Lapmaster ) <br> International LLC., ) <br>     Third-Party Plaintiff, ) <br> v. ) <br> ITG TRANSPORTATION SERVICES, INC.; ) <br> WORLD EXPRESS SHIPPING, ) <br> TRANSPORTATION AND FORWARDING ) <br> SERVICES, INC. d/b/a/ W.E.S.T. FORWARDING ) <br> SERVICES; DOES 1 through X, inclusive ) <br>     Third-Party Defendants. ) <br> ) <br> AND RELATED CROSS-ACTION ) | Case No. CV-08-1232-VRW <br><br> **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS FOR W.E.S.T. FORWARDING SERVICES** |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 16, 2008

                          Respectfully submitted,

                          **SANDLER, TRAVIS & ROSENBERG, P.A.**
                          **And GLAD & FERGUSON, PA**
                          505 Sansome Street, Suite 1475
                          San Francisco, CA 94111
                          Tel: 415-986-1088
                          Fax: 415-986-2271
                          Email: eshibles@strtrade.com

                          By: /s/Elise Shibles
                              ELISE SHIBLES
                          *Attorneys for W.E.S.T. Forwarding Services*

Edward M. Joffe, *Of Counsel*
Florida Bar No. 314242
**SANDLER, TRAVIS & ROSENBERG, P.A.**
The Waterford - Suite 600
5200 Blue Lagoon Drive
Miami, Florida 33126
Tel.    (305) 267-9200
Fax    (305) 267-5155
Email:  ejoffe@strtrade.com

**PROOF OF SERVICE**

I, Elise Shibles, declare under penalty of perjury that the following facts are true and correct:

I am employed by the law firm of Sandler, Travis & Rosenberg and Glad & Ferguson, P.A., whose address is 505 Sansome Street, Suite 1475, San Francisco, CA 94111.  I am over the age of 18 years, and not a party to this action.

On June 16, 2008, I served the following document:

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS FOR W.E.S.T. FORWARDING SERVICES**

by the CM/ECF notification system to the following attorneys of record:

**Matthew S. Conant, Esq.**
Email: msc@llcllp.com

**Jeffrey D. Cohen, Esq.**
Email: jcohen@freightlaw.net

**Lori Ann Sebransky, Esq.**
Email: las@llcllp.com

**John F. Hughes, Esq.**
Email: jhughes@gordonrees.com

**Christopher James Brennan, Esq.**
Email: cbrennan@blwlawfirm.com

**Michael Joseph Daley, Esq.**
Email: mdaley@rallaw.com

**Paul Keenan, Esq.**
Email: pkeenan@freightlaw.net

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this proof of service was executed on June 16, 2008, at San Francisco, CA.

/s/ Elise Shibles
Elise Shibles