JOHN F. HUGHES (SBN: 111638)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorney for Defendant, Counterclaimant
and Third Party Plaintiff
LAPMASTER INTERNATIONAL LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MASON AND DIXON INTERMODAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LAPMASTER INTERNATIONAL LLC and HARTFORD INSURANCE CO., <br><br> Defendants. <br><br> AND RELATED CROSS ACTIONS. | CASE NO. 3:08-CV-08-01232-VRW <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> **(Local Rule 3-16)** |

　　Pursuant to Local Rule 3-16, the undersigned, counsel of record for defendant, counterclaimant and third-party plaintiff, certify that as of this date, other than the named parties there are no other known interested parties to report.

Respectfully submitted,

Dated: June 20, 2008

GORDON & REES LLP

By: /s/ John F. Hughes
John F. Hughes
Attorney for Defendant, Counterclaimant
and Third-Party Plaintiff
LAPMASTER INTERNATIONAL LLC

-1-

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS - CASE NO. CV-08-01232-MEJ

Re:   *Mason and Dixon Intermodal, Inc. v. Lapmastere International, LLC*
      United States District Court – Northern District No. CV 08 1232 MEJ

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On **June 20, 2008**, I served the within documents:

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

[X]  by electronically serving the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website and as set forth below.:

Attorneys for WEST Forwarding
Elise Shibles
Edward M. Joffe
Sandler Travis & Rosenberg
Email: **eshibles@strtrade.com**
Email: **ejoffe@strtrade.com**

Attorneys for Hartford Fire Ins. Co.
Christopher J. Brennan
Bauman Loewe Witt & Maxwell
Email: **cbrennan@blwlawfirm.com**

Attorneys for ITG Transportation
Michael Joseph Daley
Ryan & Lifter
Email: **mdaley@rallaw.com**

Attorneys for Plaintiff
Matthew S. Conant
Lori Ann Sebransky
Lombardi Loper & Conant
Email: **msc@llcllp.com**
Email: **las@llcllp.com**

Attorneys for Plaintiff
Paul D. Keenan
Jeffrey D. Cohen
Keenan Cohen & Howard
Email: **jcohen@freightlaw.net**
Email: **pkeenan@freightlaw.net**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **June 20, 2008**, at San Francisco, California.

Samantha Oryall