LAW OFFICES
# KEENAN COHEN & HOWARD P.C.

JEFFREY D. COHEN
DIRECT DIAL: 215-609-1104
JCOHEN@FREIGHTLAW.NET

ONE PITCAIRN PLACE
SUITE 2400
165 TOWNSHIP LINE ROAD
JENKINTOWN, PA 19046

215-609-1110
(FAX) 215-609-1117

June 20, 2008

**VIA U.S. MAIL**

Honorable Judge Vaughn R. Walker
United States District Court for the
   Northern District of California
450 Golden Gate Ave.
Courtroom 6, 17th Floor
San Francisco, CA 94102

Re:   Mason & Dixon Intermodal, Inc. v. Lapmaster International, LLC
      and Hartford Fire Insurance Co.
      U.S. District Court, Northern District of California
      Case No. 08-cv-1232-MEJ
      **Our File No. 1044.002**

Dear Judge Walker:

We represent the interests of Plaintiff Mason & Dixon Intermodal, Inc. ("MDII"). This correspondence confirms my telephone conversation with your Chambers in which we discussed my participation by telephone in the upcoming Initial Case Management Conference scheduled to take place on July 3, 2008 at 3:30 p.m. P.S.T. In attendance at the conference in person on behalf of MDII will be MDII's local counsel, either Matthew Conant or Lori Ann Sebranky. Your Chambers has indicated that I will be permitted to participate by telephone. The telephone number at which I can be reached is (215) 609-1104. Thank you for the courtesy of permitting my participation in the Initial Case Management Conference by telephone.

Respectfully,

KEENAN COHEN & HOWARD P.C.

By: _____
    Jeffrey D. Cohen

JDC/nms
cc:   Service List (via e-mail)