| | |
|---|---|
| JEFFREY D. COHEN<br>jcohen@freightlaw.net<br>KEENAN COHEN & HOWARD P.C.<br>One Pitcairn Place<br>165 Township Line Road, Suite 2400<br>Philadelphia, PA 19046<br>Telephone: (215) 609-1110<br>Facsimile: (215) 609-1117<br><br>Attorneys for Plaintiff<br>MASON AND DIXON INTERMODAL, INC. | JOHN F. HUGHES<br>jhughes@gordonrees.com<br>GORDON & REES, LLP<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br><br>Attorneys for Defendant<br>LAPMASTER INTERNATIONAL, LLC |
| CHRISTOPHER JAMES BRENNAN<br>cbrennan@blwlawfirm.com<br>BAUMAN LOEWE WITT & MAXWELL, PLLC<br>8765 East Bell Road, Suite 204<br>Scottsdale, AZ 85260<br>Telephone: (480) 502-4664<br>Facsimile: (480) 502-4774<br><br>Attorneys for Defendant<br>HARTFORD INSURANCE CO. | MICHAEL JOSEPH DALEY<br>mdaley@rallaw.com<br>RYAN & LIFTER<br>2010 Crow Canyon Place, Suite 330<br>San Ramon, CA 94583-1344<br>Telephone: (925) 884-2080<br><br>Attorneys for Third Party Defendant<br>ITG TRANSPORTATION |
| EDWARD MARTIN JOFFE<br>ejoffe@strtrade.com<br>SANDLER TRAVIS & ROSENBERG P.A.<br>5200 Blue Lagoon Drive, Suite 600<br>The Waterford<br>Miami, FL 33126<br>Telephone: (305) 267-9200<br><br>Attorneys for Third Party Defendant<br>W.E.S.T. FORWARDING SERVICE | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MASON AND DIXON INTERMODAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAPMASTER INTERNATIONAL, LLC and HARTFORD INSURANCE CO., <br><br> Defendants. | Case No. 3:08-cv-01232-VRW <br><br> **JOINT DISCOVERY PLAN** |

Plaintiff Mason and Dixon Intermodal, Inc. and defendants Lapmaster International, LLC and Hartford Insurance Co. jointly submit this Discovery Plan.

A. The parties will complete their initial disclosures on or before July 17, 2008.

B. The parties propose the completion of fact discovery by January 30, 2009.

Discovery may be needed as to factual issues as follows:

a. The cause and amount of the alleged damage to the Machines.

b. The relationship between the various parties.

c. Notice provided to the carrier regarding the size of the Machines.

d. Applicability of a limitation of liability.

e. The terms governing the transportation of the Machines

f. Damages suffered by Lapmaster including loss of prospective economic opportunity.

    C.    <u>Disclosure of Expert Witnesses</u>:

           a.    Expert Disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B) Deadline: February 16, 2009.

           b.    Rebuttal Expert Disclosure required by Federal Rule of Civil Procedure 26(a)(2)(B) Deadline: March 16, 2009

           c.    Expert Discovery Deadline: April 16, 2009

    D.    Other Deadlines and Proposed Dates:

    E.    Dispositive Motions: May 16, 2009

    F.    At this time, the parties do not foresee any special issues arising in regard to disclosure and discovery of electronically stored information.

    G.    At this time, the parties do not foresee any special issues arising in regard to disclosure and discovery of electronically stored information.

    H.    At this time, the parties do not foresee any special issues arising in regard to claims of privilege or of protection of trial-preparation materials.

    I.    At this time, the parties do not see any need for changes to the limitations upon discovery imposed under the Federal Rules of Civil Procedure and Local Rules.

1  J. The parties do not request entry of any orders under Fed. R. Civ. P. 16(b) or 26(c).

2

3  Dated: June 25, 2008

4

5  KEENAN COHEN & HOWARD P.C.          GORDON & REES, LLP

6

7  By: /s/ Jeffrey D. Cohen            By: /s/ John F. Hughes
   Jeffrey D. Cohen                        John F. Hughes
8  Attorneys for Plaintiff                 Attorneys for Defendant
   MASON AND DIXON INTERMODAL,             LAPMASTER INTERNATIONAL, LLC
9  INC.

10  BAUMAN LOEWE WITT &                RYAN & LIFTER
    MAXWELL, PLLC
11

12
    By: /s/ Christopher James Brennan   By: /s/ Michael Joseph Daley
13  Christopher James Brennan               Michael Joseph Daley
    Attorneys for Defendant                 Attorneys for Third Party Defendant
14  HARTFORD INSURANCE CO.                  ITG TRANSPORTATION

15

16  SANDLER TRAVIS & ROSENBERG
    P.A.
17

18
    By: /s/ Edward Martin Joffe
19  Edward Martin Joffe
    Attorneys for Third Party Defendant
20  W.E.S.T. FORWARDING SERVICE

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, hereby certify that on June 25, 2008, a true and correct copy of the foregoing Joint Discovery Plan was filed electronically. Notice of this filing will be sent to the following parties, listed below, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John F. Hughes, Esquire
Gordon & Rees, LLP
275 Battery Street, 20th Floor
San Francisco, CA  94111

Christopher James Brennan, Esquire
Bauman Loewe Witt & Maxwell, PLLC
8765 East Bell Road, Suite 204
Scottsdale, AZ  85260

Michael Joseph Daley, Esquire
Ryan & Lifter
2010 Crow Canyon Place, Suite 330
San Ramon, CA  94583-1344

Edward Martin Joffee, Esquire
Sandler Travis & Rosenberg P.A.
5200 Blue Lagoon Drive, Suite 600
The Waterford
Miami, FL  33126

Elise Ann Shilbes, Esquire
Sandler Travis & Rosenberg P.A.
505 Sansome Street, Suite 1475
San Francisco, CA  94111

By:  /s/ Jeffrey D. Cohen
     Jeffrey D. Cohen