MICHAEL J. DALEY, ESQ. (State Bar No.157699)
**RYAN & LIFTER**
A Professional Corporation
2010 Crow Canyon Place, Suite 330
San Ramon, CA 94583-1344
Tel: (925) 884-2080
Fax: (925) 884-2090

Attorneys for Third-Party Defendant
ITG TRANSPORTATION SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MASON AND DIXON INTERMODAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAPMASTER INTERNATIONAL, LLC and HARTFORD INSURANCE CO., <br><br> Defendant. | Case No.:  C 08-1232 VRW <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR ITG TRANSPORTATION SERVICES, INC. PURSUANT TO LOCAL RULE 3-16** |
| HARTFORD FIRE INSURANCE CO., individually and as subrogee of Lapmaster International, LLC, <br><br> Counter-claimant, <br><br> v. <br><br> MASON AND DIXON INTERMODAL, INC., <br><br> Counter-claimant. | |
| HARTFORD FIRE INSURANCE COMPANY, individually and as subrogee of Lapmaster International, LLC, <br><br> Third-Party Plaintiff, | |

LAW OFFICES OF
RYAN & LIFTER
A PROFESSIONAL CORPORATION
2010 CROW CANYON PLACE,
SUITE 330
SAN RAMON, CA
94583-1344
TEL: (925) 884-2080
FAX: (925) 884-2090

1                                                    C 08-1232 VRW

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR ITG TRANSPORTATION SERVICES, INC. PURSUANT TO LOCAL RULE 3-16
H:\DATA\CUSTOMER\UB1112\Pleadings\Certificate of Interested Entites or Persons.wpd

1  v.

2  ITG TRANSPORTATION SERVICES,
   INC.; WORLD EXPRESS SHIPPING,
3  TRANSPORTATION AND FORWARDING
   SERVICES, INC. Dba W.E.S.T.
4  FORWARDING SERVICES; DOES I
5  through X, inclusive;

6     Third-Party Defendants

7  ─────────────────────────────

8  AND RELATED CROSS ACTIONS.

9

10     Pursuant to Local Rule 3-16, the undersigned, counsel of record for Third-Party Defendant,

11 ITG TRANSPORTATION SERVICES, INC., certifies that as of this date, other than the named

12 parties, there are no other known interested entities or persons to report.

13 Dated: June 26, 2008

14                                    RYAN & LIFTER
                                      A Professional Corporation
15
16                                    By _____
17                                          MICHAEL J. DALEY

18                                    Attorneys for Third Party Defendant
                                      ITG TRANSPORTATION SERVICES, INC.

LAW OFFICES OF
RYAN & LIFTER
A PROFESSIONAL CORPORATION
2010 CROW CANYON PLACE,
SUITE 330
SAN RAMON, CA
94583-1344
TEL: (925) 884-2080
FAX: (925) 884-2090

2                                                         C 08-1232 VRW
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR ITG TRANSPORTATION SERVICES, INC. PURSUANT TO LOCAL RULE 3-16
H:\DATA\CUSTOMER\UBI112\Pleadings\Certificate of Interested Entites or Persons.wpd

**PROOF OF SERVICE**

1  I, GEORGIA LEE, declare that I am over the age of 18 years and not a party to the within action; that my business address is 2010 Crow Canyon Place, Suite 330, San Ramon, California 94583-1344; and that on this date I served a true copy of the foregoing document(s) entitled:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR ITG TRANSPORTATION SERVICES, INC. PURSUANT TO LOCAL RULE 3-16**

on all parties in this action by:

_____ (By Overnight Courier) I caused each envelope, with postage fully prepaid, to be sent by _____.

_____ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Ryan & Lifter.

_____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

_____ (By Facsimile) I caused each document to be sent by Automatic Telecopier to the number as indicated above.

_____ (By E-Mail) I caused each document to be sent by E-Mail to the E-Mail address as indicated above.

__X__ (By Electronic Transfer) I caused the above document to be served through CM/ECF addressed to all parties appearing on the electronic service list on the date executed below. The file transmission was reported as complete and a copy of the file & serve filing receipt" page will be maintained with the original document(s) in our office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2008 in San Ramon, California.

*Georgia Lee*
GEORGIA LEE

LAW OFFICES OF
**RYAN & LIFTER**
A PROFESSIONAL CORPORATION
2010 CROW CANYON PLACE, SUITE 330
SAN RAMON, CA 94583-1344
TEL: (925) 884-2080
FAX: (925) 884-2090

3                                                                  C 08-1232 VRW
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR ITG TRANSPORTATION SERVICES, INC. PURSUANT TO LOCAL RULE 3-16
H:\DATA\CUSTOMER\UBI112\Pleadings\Certificate of Interested Entites or Persons.wpd