UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  July 3, 2008

**C 08-1232  VRW**

**MASON and DIXON INTERMODAL INC v LAPMASTER INTERNATIONAL, LLC, HARTFORD INSURANCE CO.**
**Third-Party Defendant: ITG TRANSPORTATION**
**Third-Party Defendant: W.E.S.T FORWARDING SERVICE**

Attorneys : For Plaintiff(s):   Jeffrey D Cohen ( appeared by telephone) , Lori Sebransky

       For Defendant Lapmaster::  John Hughes
       For Defendant Hartford Insurance:  Christopher Brennan
       For Third Party Defendant ITG :   Michael Daley
       For Third Party Defendant WEST :  Edward Joffe

Deputy Clerk: Cora Klein　　　　　　　　　　　Reporter: not reported

PROCEEDINGS:
Case Management Conference - Held

Notes:
1).  Limitations of liability
2).  COGSA
3). Jurisdiction

Initial disclosures: 7/17/2008.
Exchange Discovery Proposals: 8/8/2008.
Further Case Management Conference:  8/21/2008 at 3:30 p.m.  (telephonic)

DISPOSITIVE MOTIONS HEARING:  12/18/2008  at 2:30 p.m.