MICHAEL J. DALEY, ESQ. (State Bar No.157699)
**RYAN & LIFTER**
A Professional Corporation
2010 Crow Canyon Place, Suite 330
San Ramon, CA 94583-1344
Tel: (925) 884-2080
Fax: (925) 884-2090

Attorneys for Third-Party Defendant
ITG TRANSPORTATION SERVICES, INC.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MASON AND DIXON INTERMODAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAPMASTER INTERNATIONAL, LLC and HARTFORD INSURANCE CO., <br><br> Defendants. <br><br> AND RELATED CROSS ACTIONS. | Case No.:   C 08-1232 VRW <br><br> **DECLARATION OF JOHN KOPP IN SUPPORT OF ITG TRANSPORTATION SERVICES, INC.'S JOINDER IN MOTION TO DISMISS THE THIRD PARTY COMPLAINTS FILED BY HARTFORD FIRE INSURANCE CO. AND LAPMASTER INTERNATIONAL, LLC** <br><br> **(Jury Trial Demanded)** <br><br> DATE:    09/11/2008 <br> TIME:    2:30 p.m. <br> COURT:  No. 6 <br>          Judge Vaughn R. Walker |

I, JOHN KOPP, hereby declare as follows:

1.   I am the owner of ITG Transportation Services, Inc. ("ITG"), which provides transportation services to international freight forwarders.

2.   On or about November 21, 2007, W.E.S.T. Forwarding Services, Inc. made a dispatch order to retain our services to handle an import shipment of Lapmaster International, LLC.

3.   The headquarters of ITG is located at 1500 Eisenhower Lane, Lisle, Illinois.

///

///

///

DEC. OF JOHN KOPP IN SUPPORT OF ITG TRANSP. SERVICES, INC.'S JOINDER IN MOTION OF W.E.S.T. FORWARDING SERVICES FOR MOTION TO DISMISS THE HARTFORD FIRE INS. CO. AND LAPMASTER'S 3RD PARTY COMPLAINTS
H:\DATA\CUSTOMER\UBH12\Pleadings\Declaration of Jon Kopp iso Joinder in Motion to Dismiss.wpd

4. ITG provides transportation services in the state of Ohio.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2008, at Lisle, Illinois.

_____
JOHN KOPP

LAW OFFICES OF
RYAN & LIFTER
A PROFESSIONAL CORPORATION
2010 CROW CANYON PLACE,
SUITE 370
SAN RAMON, CA 94583-1344
TEL: (925) 884-2080
FAX: (925) 884-2090

DEC. OF JOHN KOPP IN SUPPORT OF ITG TRANSP. SERVICES, INC.'S JOINDER IN MOTION OF W.E.S.T. FORWARDING SERVICES FOR MOTION TO DISMISS THE HARTFORD FIRE INS. CO. AND LAPMASTER'S 3RD PARTY COMPLAINTS

2

C08-1232 VRW

H:\DATA\CUSTOMER\UB1112\Pleadings\Declaration of Jon Kopp iso Joinder in Motion to Dismiss.wpd