JOSEPH D. RYAN (SBN: 62603)
SUMIN C. JOO (SBN: 244947)
**RYAN & LIFTER**
A Professional Corporation
2010 Crow Canyon Place, Suite 330
San Ramon, CA 94583-1344
Tel: (925) 884-2080
Fax: (925) 884-2090

Attorneys for Third-Party Defendant
ITG TRANSPORTATION SERVICES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MASON AND DIXON INTERMODAL, INC., <br><br>      Plaintiff, <br><br> v. <br><br> LAPMASTER INTERNATIONAL, LLC and HARTFORD INSURANCE CO., <br><br>      Defendants. <br><br> AND RELATED CROSS ACTIONS. | Case No.:   C 08-1232 VRW <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL WITHIN RYAN & LIFTER, A PROFESSIONAL CORPORATION, FOR THIRD-PARTY DEFENDANT ITG TRANSPORTATION SERVICES, INC.** <br><br> (Jury Trial Demanded) |

PLEASE TAKE NOTICE that the undersigned attorneys of Ryan & Lifter, a professional corporation, will substitute for Michael J. Daley as the attorneys primarily responsible for the representation of cross-defendant, ITG TRANSPORTATION SERVICES, INC., in this action and request that all papers be served upon them.

Dated: August 28, 2008

Respectfully submitted,

**RYAN & LIFTER**
A Professional Corporation

By _____
JOSEPH D. RYAN
Attorneys for Third-Party Defendant
ITG TRANSPORTATION SERVICES, INC.

1  Dated: August 28, 2008           Respectfully submitted,

                                    **RYAN & LIFTER**
                                    A Professional Corporation

                                    By _____
                                       SUMIN C. JOO
                                    Attorneys for Third-Party Defendant
                                    ITG TRANSPORTATION SERVICES, INC.

LAW OFFICES OF
**RYAN & LIFTER**
A PROFESSIONAL CORPORATION
2010 CROW CANYON PLACE, SUITE 330
SAN RAMON, CA 94583-1344
TEL: (925) 884-2080
FAX: (925) 884-2090

2                                                              C 08-1232 VRW
NOTICE OF SUBSTITUTION OF COUNSEL WITHIN RYAN & LIFTER, A PROFESSIONAL CORPORATION, FOR THIRD-PARTY DEFENDANT ITG TRANSPORTATION SERVICES, INC.
H:\DATA\CUSTOMER\UBI112\Pleadings\Substitution of Counsel 8-28-08.wpd

# PROOF OF SERVICE

I, KAREN L. GILBERT, declare that I am over the age of 18 years and not a party to the within action; that my business address is 2010 Crow Canyon Place, Suite 330, San Ramon, California 94583-1344; and that on this date I served a true copy of the foregoing document(s) entitled:

**NOTICE OF SUBSTITUTION OF COUNSEL WITH IN RYAN & LIFTER, A PROFESSIONAL CORPORATION FOR THIRD-PARTY DEFENDANT ITG TRANSPORTATION SERVICES, INC.**

on all parties in this action by:

_____ (By Overnight Courier) I caused each envelope, with postage fully prepaid, to be sent by _____.

_____ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Ryan & Lifter.

_____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

_____ (By Facsimile) I caused each document to be sent by Automatic Telecopier to the number as indicated above.

_____ (By E-Mail) I caused each document to be sent by E-Mail to the E-Mail address as indicated above.

__X__ (By Electronic Transfer) I caused the above document to be served through CM/ECF addressed to all parties appearing on the electronic service list on the date executed below. The file transmission was reported as complete and a copy of the file & serve filing receipt" page will be maintained with the original document(s) in our office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August __28__, 2008 in San Ramon, California.

KAREN L. GILBERT

**RYAN & LIFTER**
A PROFESSIONAL CORPORATION
2010 CROW CANYON PLACE,
SUITE 330
SAN RAMON, CA
94583-1344
TEL: (925) 884-2080
FAX: (925) 884-2090

3                                                                                    C 08-1232 VRW
NOTICE OF SUBSTITUTION OF COUNSEL WITHIN RYAN & LIFTER, A PROFESSIONAL CORPORATION, FOR THIRD-PARTY DEFENDANT ITG TRANSPORTATION SERVICES, INC.
H:\DATA\CUSTOMER\UBI112\Pleadings\Substitution of Counsel 8-28-08.wpd