IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASON AND DIXON INTERMODAL INC., <br><br>    Plaintiff, <br><br>  v. <br><br>LAPMASTER INTERNATIONAL LLC, and HARTFORD INSURANCE CO., <br><br>    Defendants. <br>———————————————————/ <br>ITG TRANSPORTATION, W.E.S.T. FORWARDING SERVICE, <br><br>    Third-Party Defendants, <br>AND COUNTERCLAIMS <br>———————————————————/ | No.  C 08-1232  VRW <br><br>**CLERK'S NOTICE** |

YOU ARE NOTIFIED THAT the hearing on the Motions filed in this case has been rescheduled from September 11, 2008 to September 25, 2008 at 2:30 p.m.   Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California. Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: August 29, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov