| | |
|---|---|
| 1 | Edward M. Joffe* |
| | Florida Bar No. 314242 |
| 2 | SANDLER, TRAVIS & ROSENBERG, P.A. |
| | The Waterford - Suite 600 |
| 3 | 5200 Blue Lagoon Drive |
| | Miami, Florida 33126 |
| 4 | Tel.    (305) 267-9200 |
| 5 | Fax    (305) 267-5155 |
| | Email:  ejoffe@strtrade.com |
| 6 | *Attorneys for W.E.S.T. Forwarding Services* |
| | * Admitted *pro hac vice* 6-16-08 |
| 7 | |
| | John F. Hughes |
| 8 | Gordon & Rees, LLP |
| | 275 Battery Street, 20th Floor |
| 9 | San Francisco, CA 94111 |
| 10 | Tel: 415-986-5900 |
| | Fax: 415-986-8054 |
| 11 | Email: jhughes@gordonrees.com |
| | *Attorneys for Lapmaster International* |
| 12 | |
| | Christopher J. Brennan |
| 13 | Bauman Loewe Witt & Maxwell, PLLC |
| | 8765 E. Bell Road, Suite 204 |
| 14 | Scottsdale, AZ 85260 |
| 15 | Tel: 480-502-4664 |
| | Fax: 480-502-4774 |
| 16 | Email: cbrennan@blwlawfirm.com |
| | *Attorneys for Hartford Fire Insurance* |
| 17 | |
| 18 | Joe Ryan |
| | Ryan & Lifter |
| 19 | 2010 Crow Canyon Place, Suite 330 |
| | San Ramon, CA 94583 |
| 20 | Tel: 925-884-2080 |
| | Email: jryan@rallaw.com |
| 21 | *Attorneys for ITG Transportation Services* |
| 22 | |
| | Jeffrey D. Cohen |
| 23 | Keenan Cohen & Howard PC |
| | One Pitcairn Place |
| 24 | Suite 2400 |
| 25 | 165 Township Line Road |
| | Jenkintown, PA 19046 |
| 26 | Tel:  215-609-1104 |
| | Fax:  215-609-1117 |
| 27 | Email: jcohen@freightlaw.net |
| | *Attorneys for Mason & Dixon Intermodal, Inc.* |
| 28 | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASON AND DIXON INTERMODAL, INC.,<br>    Plaintiff,<br>v.<br>LAPMASTER INTERNATIONAL, LLC AND<br>HARTFORD INSURANCE CO.<br>    Defendants.<br>LAPMASTER INTERNATIONAL, LLC<br>    Counterclaimant,<br>v.<br>MASON AND DIXON INTERMODAL, INC.,<br>    Counterclaimant.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br>individually and as subrogee of Lapmaster<br>International LLC.,<br>    Third-Party Plaintiff,<br>v.<br>ITG TRANSPORTATION SERVICES, INC.;<br>WORLD EXPRESS SHIPPING,<br>TRANSPORTATION AND FORWARDING<br>SERVICES, INC. d/b/a/ W.E.S.T. FORWARDING<br>SERVICES; DOES 1 through X, inclusive<br>    Third-Party Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. CV-08-1232-VRW<br><br>**STIPULATION TO CONTINUE HEARING**<br><br>**Hearing Date: September 25, 2008**<br>**Time: 2:30P.M.**<br>**Courtroom No. 6**<br>**Judge Vaughn R. Walker** |

    Pursuant to the Clerk's notice dated August 29, 2008 rescheduling the hearing on the Motions filed in this case from September 11, 2008 to September 25, 2008, the Parties to the Motions agree to continue the hearing from September 25, 2008 to a date chosen by the Court.  Counsel for W.E.S.T. Forwarding Service has a conflict from September 24-26, 2008.

    This continuance will not adversely affect the progress of this action.

Dated: September 5, 2008

-2-

1
2
3
4  Respectfully submitted,
5
6  **SANDLER, TRAVIS & ROSENBERG, P.A.**    **Bauman Loewe Witt & Maxwell, PLLC**
   *Attorneys for W.E.S.T. Forwarding Services*    *Attorneys for Hartford Fire Insurance*
7  The Waterford - Suite 600                8765 E. Bell Road, Suite 204
   5200 Blue Lagoon Drive                   Scottsdale, AZ 85260
8  Miami, Florida 33126                     Tel: 480-502-4664
   Tel.   (305) 267-9200                    Fax: 480-502-4774
9  Fax   (305) 267-5155                     Email: cbrennan@blwlawfirm.com
   Email:  ejoffe@strtrade.com
10                                          By: /s/ Christopher J. Brennan, by permission
   By: /s/ Edward M. Joffe                          Christopher J. Brennan
11         Edward M. Joffe

12 **Gordon & Rees, LLP**                   **Ryan & Lifter**
   *Attorneys for Lapmaster International*  *Attorneys for ITG Transportation Services*
13 275 Battery Street, 20th Floor           2010 Crow Canyon Place, Suite 330
   San Francisco, CA 94111                  San Ramon, CA 94583
14 Tel: 415-986-5900                        Tel: 925-884-2080
15 Fax: 415-986-8054                        Email: jryan@rallaw.com
   Email: jhughes@gordonrees.com
16                                          By: /s/ Joe Ryan, by permission
17 By: /s/ John F. Hughes , by permission           Joe Ryan
          John F. Hughes
18
19 **Keenan Cohen & Howard, PC**
   One Pitcairn Place
20 Suite 2400
21 165 Township Line Road
   Jenkintown, PA 19046
22 Tel:  215-609-1104
   Fax:  215-609-1117
23 Email: jcohen@freightlaw.net

24 By: /s/ Jeffrey D. Cohen, by permission
25        Jeffrey D. Cohen
26
27
28

**PROOF OF SERVICE**

I, Edward M. Joffe, declare under penalty of perjury that the following facts are true and correct:

I am employed by the law firm of Sandler, Travis & Rosenberg whose address is 5200 Blue Lagoon Drive, Suite 600, Miami, FL 33126. I am over the age of 18 years, and not a party to this action.

On September 5, 2008, I served the following document:

**STIPULATION TO CONTINUE HEARING**

by the CM/ECF notification system to the following attorneys of record:

**Matthew S. Conant, Esq.**
Email: msc@llcllp.com

**Lori Ann Sebransky, Esq.**
Email: las@llcllp.com

**Jeffrey D. Cohen, Esq.**
Email: jcohen@freightlaw.net

**John F. Hughes, Esq.**
Email: jhughes@gordonrees.com

**Christopher James Brennan, Esq.**
Email: cbrennan@blwlawfirm.com

**Joe Ryan, Esq.**
Email: jryan@rallaw.com

**Paul Keenan, Esq.**
Email: pkeenan@freightlaw.net

**Elise Shibles, Esq.**
Email: eshibles@strtrade.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this proof of service was executed on September 5, 2008, at Miami, FL.

                                                /s/ Edward M. Joffe
                                                Edward M. Joffe

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASON AND DIXON INTERMODAL, INC., <br>     Plaintiff, <br>   v. <br> LAPMASTER INTERNATIONAL, LLC AND <br> HARTFORD INSURANCE CO. <br>     Defendants. | Case No. CV-08-1232-VRW <br><br> **PROPOSED ORDER CONTINUING HEARING ON MOTIONS** <br><br> **Hearing Date: September 25, 2008** <br> **Time: 2:30P.M.** <br> **Courtroom No. 6** |
| LAPMASTER INTERNATIONAL, LLC <br>     Counterclaimant, <br>   v. <br> MASON AND DIXON INTERMODAL, INC., <br>     Counterclaimant. | |
| LAPMASTER INTERNATIONAL, LLC <br>     Third-Party Plaintiff, <br>   v. <br> W.E.S.T. FORWARDING SERVICES <br>     Third-Party Defendant. | |
| HARTFORD FIRE INSURANCE COMPANY, <br> individually and as subrogee of Lapmaster <br> International LLC., <br>     Third-Party Plaintiff, <br>   v. <br> ITG TRANSPORTATION SERVICES, INC.; <br> WORLD EXPRESS SHIPPING, <br> TRANSPORTATION AND FORWARDING <br> SERVICES, INC. d/b/a/ W.E.S.T. FORWARDING <br> SERVICES; DOES 1 through X, inclusive <br>     Third-Party Defendants. | |
| W.E.S.T. FORWARDING SERVICES, <br>     Counter-Claim Plaintiff <br>   v. <br> MASON AND DIXON INTERMODAL, INC., <br>     Counter-Claim Defendant. | |

| | |
|---|---|
| 1 | THIS CAUSE HAS COME BEFORE the Court upon the Parties' Stipulation to Continue |
| 2 | Hearing, and the Court having considered this stipulation and being otherwise duly advised, the |
| 3 | hearing will be continued to _____, \_\_\_\_\_, 2008. |
| 4 | **ORDERED AND ADJUDGED** this _____ day of _____ 2008. |

                                                                             The Honorable Vaughn R. Walker
                                                                             **United States District Court Judge**

**Proposed Order on Stipulation to Continue Hearing**