UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASON AND DIXON INTERMODAL, INC., ) <br>     Plaintiff, ) <br> v. ) <br> LAPMASTER INTERNATIONAL, LLC AND ) <br> HARTFORD INSURANCE CO. ) <br>     Defendants. ) | Case No. CV-08-1232-VRW <br><br> ~~PROPOSED~~ **ORDER CONTINUING HEARING ON MOTIONS** <br><br> **Hearing Date: September 25, 2008** <br> **Time: 2:30P.M.** <br> **Courtroom No. 6** |

LAPMASTER INTERNATIONAL, LLC )
    Counterclaimant, )
v. )
MASON AND DIXON INTERMODAL, INC., )
    Counterclaimant. )

LAPMASTER INTERNATIONAL, LLC )
    Third-Party Plaintiff, )
v. )
W.E.S.T. FORWARDING SERVICES )
    Third-Party Defendant. )

HARTFORD FIRE INSURANCE COMPANY, )
individually and as subrogee of Lapmaster )
International LLC., )
    Third-Party Plaintiff, )
v. )
ITG TRANSPORTATION SERVICES, INC.; )
WORLD EXPRESS SHIPPING,
TRANSPORTATION AND FORWARDING
SERVICES, INC. d/b/a/ W.E.S.T. FORWARDING
SERVICES; DOES 1 through X, inclusive
    Third-Party Defendants.

W.E.S.T. FORWARDING SERVICES,
    Counter-Claim Plaintiff
v.
MASON AND DIXON INTERMODAL, INC.,
    Counter-Claim Defendant.

-1-

THIS CAUSE HAS COME BEFORE the Court upon the Parties' Stipulation to Continue Hearing, and the Court having considered this stipulation and being otherwise duly advised, the hearing will be continued to ___October___, _16_, 2008. at 2:30 P.M.

**ORDERED AND ADJUDGED** this _____ day of _____ 2008.

GRANTED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-

**Proposed Order on Stipulation to Continue Hearing**